**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

CRIMINAL ACTION NO. 09-11-DLB-EBA-2

UNITED STATES OF AMERICA                                                 PLAINTIFF

vs.             **ORDER ADOPTING REPORT & RECOMMENDATION**

CONSWAYLA S. SCOTT                                              DEFENDANT

*** *** *** ***

This matter is before the Court upon Magistrate Judge Edward Atkins' Report and Recommendation on Defendant's alleged violations of the terms of her supervised release. (Doc. # 112). At the May 19, 2014 final revocation hearing before the Magistrate Judge, the Defendant stipulated to Violation #3 as set forth in the March 27, 2014 Supervised Release Violation Report, and the United States agreed to dismiss the remaining two alleged violations. However, the parties disagreed on the appropriate punishment: the United States recommended an eight (8) month term of imprisonment while Defendant sought a six (6) month stay at a halfway house. After considering the relevant factors set forth in 18 U.S.C. § 3553(a), and based on Defendant's stipulation, the Magistrate Judge recommended that Defendant's supervised release be revoked, and she be imprisoned for a term of eight (8) months, with five (5) years of supervised release to follow.

The Defendant having waived her right to allocution (Doc. # 111), no objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and finding that it is sound in all respects,

including the recommended term of imprisonment, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 112) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have committed Violation # 3 as outlined in the March 27, 2014 report;

(3) The United States' motion to dismiss Violations # 1 and # 2 is **GRANTED**, and those alleged violations are **DISMISSED**;

(4) Defendant's supervised release is hereby **REVOKED**;

(5) Defendant is hereby sentenced to the custody of the Attorney General for a period of **eight (8) months** with five (5) years supervised release to follow; and

(6) A Judgment shall be entered contemporaneously herewith.

This 11th day of June, 2014.



G:\DATA\ORDERS\Ashland Criminal\2009\09-11-2 Order adopting R&R on TSR violation.wpd