UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 9-11-DLB-EBA-2

UNITED STATES                                                                                                  PLAINTIFF

vs.         **ORDER ADOPTING REPORT AND RECOMMENDATION**

CONSWAYLA S. SCOTT                                               DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      This matter is before the Court on Magistrate Judge Edward B. Atkins' Report and Recommendation ("R&R"), wherein he recommends that the Court revoke Defendant's supervised release and impose a term of incarceration of twelve (12) months with no supervised release to follow. (Doc. # 129). Magistrate Judge Atkins conducted a final revocation hearing on October 5, 2015. At the hearing, Defendant admitted to violating the terms of her supervised release as set forth in the September 25, 2015 Violation Report prepared by the U.S. Probation Office.

      Defendant has filed a waiver of her right to allocution (Doc. # 128) and the time period for filing objections to the R&R has passed, making the R&R ripe for review. The R&R being sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

      **IT IS ORDERED AND ADJUDGED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 129) be, and is hereby, **ADOPTED** as the findings of fact and conclusions of law of the

1

Court;

(2)   Defendant is found to have **VIOLATED** the terms of her supervised release;

(3)   Defendant's supervised release be, and is hereby, **REVOKED**;

(4)   Defendant is sentenced to a term of incarceration of **twelve (12) months**, with no supervised release to follow; and

(5)   A Judgment shall be entered contemporaneously herewith.

This 24th day of November, 2015.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2009\9-11-2 Scott Order adopting R&R re SR violation.wpd